# MEMORANDUM DECISIONS.

ADAMS et al., Respondents, v. BRISTOL, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by William C. Adams and another against Elias L. M. Bristol, impleaded with others. B. L. Rich, for appellant. P. Merrill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 126 App. Div. 660, 111 N. Y. Supp. 231.

AICHMANN v. PEOPLE'S TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Appeal from Special Term, Kings County. Action by Charles Aichmann against the People's Trust Company and another. From an adverse judgment, defendant Eugene B. Howell, receiver of the Long Island Real Estate Exchange & Investment Company, appeals. Affirmed. Robert H. Wilson, for appellant. Nathan Ballin, for respondent Aichmann. T. Ellett Hodgskin, for respondent People's Trust Co.

WOODWARD, J. The facts in this case, as found by the court, supported by the evidence, are, in substance, the same as those involved in the case of Barnes v. Long Island Real Estate Co., 88 App. Div. 83, 84 N. Y. Supp. 951, and, the decision of the court below being in conformity with that case, we discover no reason for a reversal of the judgment. The judgment appealed from should be affirmed. All concur.

ALLEN et al., Respondents, v. BANTEL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Marion L. Allen and another against George R. Bantel and another. No opinion. Judgment and order affirmed, with costs.

ALLEN KINGSTON CAR CO., Respondent, v. CONSOLIDATED NAT. BANK et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Allen Kingston Car Company against the Consolidated National Bank and others. R. Victor, for appellants. W. F. Goldbeck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AMOS, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by George N. Amos against the International Railway Company. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., votes for reversal on the ground that the rules of the defendant were im-

properly received in evidence. WILLIAMS, J., votes for reversal on the ground that the verdict as to the questions of negligence is contrary to the evidence.

ANDREW JERGENS CO., Respondent, v. WOODBURY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the Andrew Jergens Company against John H. Woodbury and another. R. Patterson, for appellants. R. S. Nicholls, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ARNOLD, Appellant, v. ARNOLD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Benjamin Arnold against Etta M. Arnold. PER CURIAM. Judgment affirmed, with costs. WILLIAMS, J., dissents.

ATKINSON, Respondent, v. CONSOLIDATED RENDERING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1908.) Action by Elmer E. Atkinson against the Consolidated Rendering Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

AVERY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Robert Avery against the Brooklyn Heights Railroad Company. No opinion. Motion granted.

BAKER, Appellant, v. HARVITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Orson E. Baker against Jacob B. Harvith. PER CURIAM. Judgment of nonsuit reversed, with costs, and judgment ordered for the plaintiff upon the verdict, with costs. *Held*, that the evidence sustains the finding of the jury that the plaintiff entered into a contract to sell and the defendant to buy the stock of goods in question, and that the defendant received and accepted the said goods.

BARBER v. FLINT et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Ohio C. Barber against Charles R. Flint and others. No opinion. Motion denied, on terms stated in order. Order filed.